WILLIAM P. STIVERS, PLAINTIFF IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFEND-ANTS IN ERROR.

Argued March 17, 1904—Decided March 17, 1904.

On error to the Supreme Court.

For the plaintiff in error, *McEwan & McEwan.*

For the defendants in error, *Robert Carey* and *I. Faerber Goldenhorn.*

PER CURIAM.

The judgment in this cause must be affirmed, for the reasons given in the opinion of Mr. Justice Garretson in the Supreme Court, *ante p.* 606.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN.  11.

*For reversal*—None.